No. 78–1647. L. H. FEDER CORP., DBA PIONEER INSTITUTIONAL TRADING CO. v. ATLANTIC OVERSEAS CORP. C. A. 2d Cir. Certiorari denied.

No. 78–1648. JARECKI ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1652. HODDER ET AL. v. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1656. INDEPENDENT STAVE CO., DIVERSIFIED INDUSTRIES DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 78–1658. GORDON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1663. NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND ET AL. v. PENSION BENEFIT GUARANTY CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1667. CITIZENS BANK & TRUST COMPANY OF PARK RIDGE, ILLINOIS v. FEDERAL DEPOSIT INSURANCE CORP. C. A. 7th Cir. Certiorari denied.

No. 78–1668. BYRD ET AL. v. CITY OF SAN ANTONIO, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1669. FOX ET AL. v. GENERAL TELEPHONE COMPANY OF WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 78–1670. MILLEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.